FILED

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNDER SEAL

UNITED STATES OF AMERICA

v.

CARLOS DANIEL RUIZ-PEREZ,

Defendant.

3:26-cr-00436-SI

INDICTMENT

21 U.S.C. § 841(a)(1), (b)(1)(B)(viii);
18 U.S.C. § 924(h)

Forfeiture Allegations

UNDER SEAL

THE GRAND JURY CHARGES:

COUNT 1
(Possession with Intent to Distribute Methamphetamine)
(21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(viii))

On or about September 1, 2026, within the District of Oregon, defendant **CARLOS DANIEL RUIZ-PEREZ** did knowingly possess with intent to distribute 50 grams of more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B(viii)).

///

///

///

**COUNT 2**
**(Transfer of Firearms for Use in a Felony)**
**(18 U.S.C. § 924(h))**

On or about September 3, 2026, within the District of Oregon, the defendant **CARLOS DANIEL RUIZ-PEREZ**, did transport, transfer, cause to be transported, or otherwise dispose of firearms, to wit: two privately manufactured .223 caliber AR-15 style rifles, knowing or having reasonable cause to believe that the firearms would be used to commit a felony, and a crime under the Export Control Reform Act of 2018;

In violation of Title 18 United States Code, Section 924(h).

**COUNT 3**
**(Transfer of Firearms for Use in a Felony)**
**(18 U.S.C. § 924(h))**

On or about September 9, 2026, within the District of Oregon, the defendant **CARLOS DANIEL RUIZ-PEREZ**, did transport, transfer, cause to be transported, or otherwise dispose of firearms, to wit: two Remington 12-guage shotguns, knowing or having reasonable cause to believe that the firearms would be used to commit a felony, and a crime under the Export Control Reform Act of 2018;

In violation of Title 18 United States Code, Section 924(h).

**COUNT 4**
**(Transfer of Firearms for Use in a Felony)**
**(18 U.S.C. § 924(h))**

On or about September 9, 2026, within the District of Oregon, the defendant **CARLOS DANIEL RUIZ-PEREZ**, did transport, transfer, cause to be transported, or otherwise dispose of firearms, to wit: an HS Produkt model XDS .45 cal. pistol, knowing or having reasonable cause

/ / /

to believe that the firearms would be used to commit a felony, and a crime under the Export Control Reform Act of 2018;

In violation of Title 18 United States Code, Section 924(h).

**COUNT 5**
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(viii))**

On or about September 14, 2026, within the District of Oregon, defendant **CARLOS DANIEL RUIZ-PEREZ** did knowingly possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

**COUNT 6**
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(viii))**

On or about September 16, 2026, within the District of Oregon, defendant **CARLOS DANIEL RUIZ-PEREZ** did knowingly possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

**COUNT 7**
**(Transfer of Firearms for Use in a Felony)**
**(18 U.S.C. § 924(h))**

On or about September 16, 2026, within the District of Oregon, the defendant **CARLOS DANIEL RUIZ-PEREZ**, did transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a Ruger model Security 9, 9mm pistol, knowing or having reasonable cause to

believe that the firearm would be used to commit a felony, and a crime under the Export Control Reform Act of 2018;

In violation of Title 18, United States Code, Section 924(h).

**COUNT 8**
**(Transfer of Firearms for Use in a Felony)**
**(18 U.S.C. § 924(h))**

On or about September 21, 2026, within the District of Oregon, the defendant **CARLOS DANIEL RUIZ-PEREZ**, did transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a Sarsilmaz, model SAR9, 9mm pistol, knowing or having reasonable cause to believe that the firearm would be used to commit a felony, and a crime under the Export Control Reform Act of 2018;

In violation of Title 18, United States Code, Section 924(h).

**COUNT 9**
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(viii))**

On or about October 7, 2026, within the District of Oregon, defendant **CARLOS DANIEL RUIZ-PEREZ** did knowingly possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

**COUNT 10**
**(Transfer of Firearms for Use in a Felony)**
**(18 U.S.C. § 924(h))**

On or about October 7, 2026, within the District of Oregon, the defendant **CARLOS DANIEL RUIZ-PEREZ**, did transport, transfer, cause to be transported, or otherwise dispose of

firearms, to wit: an Olympic Arms model PCR97, 223 cal. AR-15 style short-barreled rifle, and a Tisas model 1911, .45 caliber pistol, knowing or having reasonable cause to believe that the firearms would be used to commit a felony, and crime under the Export Control Reform Act of 2018;

In violation of Title 18, United States Code, Section 924(h).

**FIRST FORFEITURE ALLEGATION**

Upon conviction of the controlled substance offenses alleged in Counts 1, 5, 6, and 9 of this Indictment, defendant, **CARLOS DANIEL RUIZ-PEREZ**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

**SECOND FORFEITURE ALLEGATION**

Upon conviction of the offenses in Counts 2, 3, 4, 7, 8 and 10, defendant, **CARLOS DANIEL RUIZ-PEREZ**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and

/ / /

/ / /

/ / /

28 U.S.C. § 2461(c), the firearms involved in that offense, including without limitation:

1) two privately manufactured .223 caliber AR-15 style rifles;
2) two Remington 12-guage shotguns;
3) an HS Produkt model XDS .45 cal. Pistol;
4) a Ruger model Security 9, 9mm pistol;
5) a Sarsilmaz, model SAR9, 9mm pistol;
6) an Olympic Arms model PCR97, 223 cal. AR-15 style short-barreled rifle; and
7) a Tisas model 1911, .45 caliber pistol

Dated: October 15, 2026

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

PAUL T. MALONEY, OSB #013366
Assistant United States Attorney