# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CRIMINAL DOCKET FOR CASE #: 2:26-mj-00652-MLP-1

| | |
|---|---|
| Case title: USA v. Ruiz-Perez | Date Filed: 10/22/2026 |
| Other court case number: 3:26-cr-00436-SI-1 District of Oregon (Portland) | Date Terminated: 10/22/2026 |

---

Assigned to: Hon. Michelle L. Peterson

**Defendant (1)**

**Carlos Daniel Ruiz-Perez**
*TERMINATED: 10/22/2026*

represented by **Nicholas Hathaway**
FEDERAL PUBLIC DEFENDER'S OFFICE (SEA)
WESTLAKE CENTER OFFICE TOWER
1601 5TH AVE STE 700
SEATTLE, WA 98101
206-553-1100
Email: nicholas_hathaway@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Possession with Intent to Distribute Methamphetamine - 21:841(a)(1) and 841(b)(1)(B)(viii). (1)<br>Transfer of Firearms for Use in a Felony - | |

18:924(h). (2-4)
Possession with Intent to Distribute Methamphetamine - 21:841(a)(1) and 841(b)(1)(B)(viii). (5-6)
Transfer of Firearms for Use in a Felony - 18:924(h). (7-8)
Possession with Intent to Distribute Methamphetamine - 21:841(a)(1) and 841(b)(1)(B)(viii). (9)
Transfer of Firearms for Use in a Felony - 18:924(h). (10)

---

**Plaintiff**

**USA**

represented by **Carl A Colasurdo**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-4075
Email: andy.colasurdo@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 10/22/2026 | 1 | ☐ | CHARGING DOCUMENT RECEIVED from the District of Oregon as to Carlos Daniel Ruiz-Perez (TLH) (Entered: 10/22/2026) |
| 10/22/2026 | | | Arrest of Carlos Daniel Ruiz-Perez on 10/22/2026. (TLH) (Entered: 10/22/2026) |
| 10/22/2026 | 3 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER appointing Nicholas Hathaway for Carlos Daniel Ruiz-Perez. On the basis of the defendant's sworn financial statement, the court finds that they are financially unable to retain counsel. It is hereby ORDERED that the Federal Public Defender for the Western District of Washington be and hereby is appointed to represent the defendant pursuant to Title 18 United States Code 3006A. Approved by Hon. Michelle L. Peterson. *(No.pdf image attached)* (TLH) (Entered: 10/22/2026) |
| 10/22/2026 | 5 | | Minute Entry for proceedings held before Hon. Michelle L. Peterson- CRD: *T. Hickman*; AUSA: *Andy Colasurdo*; Def Cnsl: *Nick Hathaway*; PTS: *Jaymie Parkhurst*; Court Reporter: *Digital Recording*; Time of Hearing: *2:00PM*; Courtroom: *12B*; Interpreter: *Maria Lucas Perez*; Language: *Spanish*; **INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS** as to Carlos Daniel Ruiz-Perez held on 10/22/2026. Defendant present in custody. Defendant advised of rights. Financial Affidavit reviewed. Counsel appointed. Defendant advised of allegations and penalties in the District of Oregon. Government moves for detention. The defendant waived his right to a detention hearing in this district. No detention hearing was held and the governments motion is MOOT. Defendant shall remain in custody until his first appearance in the district where charges are pending. (TLH) (Entered: 10/22/2026) |

| | | | |
|---|---|---|---|
| 10/22/2026 | 6 | ☑ | MOTION for Detention by USA as to Carlos Daniel Ruiz-Perez (TLH) (Entered: 10/22/2026) |
| 10/22/2026 | 7 | ☑ | WAIVER OF RULE 5 HEARINGS AND ORDER OF TRANSFER to the District of Oregon as to Carlos Daniel Ruiz-Perez by Hon. Michelle L. Peterson. (cc: PTS, USMO) (TLH) (Entered: 10/22/2026) |
| 10/22/2026 | 8 | ☑ | LETTER to the District of Oregon regarding Rule 5 Transfer as to defendant Carlos Daniel Ruiz-Perez (TLH) (Entered: 10/22/2026) |

View Selected
or
Download Selected

Magistrate Judge Michelle L. Peterson

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

OCT 22 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br>CARLOS DANIEL RUIZ-PEREZ,<br>Defendant | NO. MJ26-652<br><br>MOTION FOR DETENTION |

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f)

1. **Eligibility of Case.** This case is eligible for a detention order because this case involves (check all that apply):

☐ Crime of violence (18 U.S.C. § 3156).

☐ Crime of Terrorism (18 U.S.C. § 2332b (g)(5)(B)) with a maximum sentence of ten years or more.

☐ Crime with a maximum sentence of life imprisonment or death.

☒ Drug offense with a maximum sentence of ten years or more.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

☐ Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed.

☐ Felony offense involving a minor victim other than a crime of violence.

☐ Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon.

☐ Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250).

☒ Serious risk the defendant will flee.

☐ Serious risk of obstruction of justice, including intimidation of a prospective witness or juror.

2. **Reason for Detention.** The Court should detain the defendant because there are no conditions of release which will reasonably assure (check one or both):

☒ Defendant's appearance as required.

☒ Safety of any other person and the community.

3. **Rebuttable Presumption.** The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

☐ Probable cause to believe the defendant committed the offense within five years of release following conviction for a qualifying offense committed while on pretrial release.

☒ Probable cause to believe the defendant committed a drug offense with a maximum sentence of ten years or more.

☐ Probable cause to believe the defendant committed a violation of one of the following offenses: 18 U.S.C. §§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism).



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

☐ Probable cause to believe the defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

4. **Time for Detention Hearing.** The United States requests the Court conduct the detention hearing:

☐ At the initial appearance

☒ After a continuance of 3 days (not more than 3)

DATED this 22nd day of October 2026.

Respectfully submitted,

C. ANDREW COLALSURDO
Assistant United States Attorney



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

FILED ENTERED
LODGED RECEIVED

OCT 22 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>_CARLOS DANIEL RUIZ-PEREZ _,<br>Defendant. | No. MJ26-652<br><br>Charging District's Case: 3:26-cr-00436-SI<br>WAIVER OF RULE 5(c)(3)(D) HEARING AND ORDER OF TRANSFER |

I, _ Carlos Daniel Ruiz-Perez_ have appeared before a United States Magistrate Judge in the Western District of Washington, and understand there is an indictment, information, complaint, or warrant pending in another district, the District of Oregon. I have been informed of the nature of the proceeding in the other district and of my rights:

(1) **Counsel:** I have the right to the effective assistance of counsel, which includes the right to:

a. the appointment of counsel at no cost if I am unable to afford counsel; and

b. retain counsel of choice;

(2) **Identity Hearing:** I have a right to an identity hearing to determine whether I am the person named in the indictment, information, complaint, or warrant;

(3) **Warrant Production:** I have a right to the production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) **Preliminary Hearing:** Unless an indictment is filed, I have a right to a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed and that I committed the alleged offense.

(5) **Release or Detention Hearing:**

a. Personal Recognizance. I may be released on my personal recognizance or unsecured bond unless a judicial officer determines that such release will not reasonably assure my appearance as required or will endanger the safety of any other person or the community;

b. Least Restrictive Conditions. I may be released subject to the least restrictive additional condition or combination of conditions that the judicial officer determines are necessary to reasonably assure my appearance as required and the safety of any other person and the community; or

c. Detention Hearing. If the government moves for detention, and that hearing is authorized by 18 U.S.C. § 3142(f), then I have a right to a hearing where a judicial officer will determine whether there is no condition or combination of conditions that will reasonably assure my appearance as required and the safety of any other person and the community; and

(6) **Transfer:** I may request transfer of the proceedings to this district to plead guilty and be sentenced under Fed. R. Crim. P. 20. The United States Attorneys in both districts must also approve the transfer in writing.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ ~~a preliminary hearing in this district.~~

☒ a detention hearing in this district.

I consent to the issuance of an order directing me to appear and answer in said district where the charges are pending.

DATED this 22 day of October, 2026.

Defense Counsel

Daniel RR
Defendant

**ORDER OF TRANSFER**

Based on the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the U. S. District Court for the District of Oregon. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U.S. Marshal is directed to transport defendant as promptly as possible to that district.

If released, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

DATED this 22nd day of October, 2026

UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**JOSHUA LEWIS**
**District Court Executive**
**Clerk of Court**

**ERIC SMITS**
**Chief Deputy Clerk**

October 22, 2026

**CLERK, US DISTRICT COURT**
Oregon District Court
Mark O. Hatfield United States Courthouse
1000 Southwest Third Avenue
Portland, OR 97204-2802

Re: Carlos Daniel Ruiz-Perez

Your No: 3:26-cr-00436-SI-1
Our No: 2:26-mj-652-MLP

Dear Clerk

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated 10/22/2026, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at **https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt of this.

Sincerely,

JOSHUA LEWIS, District Court Executive

By Misha Johnson,
Deputy Clerk